UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERNON L. HAFFNER,<br><br>               Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>               Respondent. | Case No. C09-5364FDB-KLS<br><br>ORDER DENYING PETITIONER'S MOTION TO EXTEND TIME |

This matter is before the Court on petitioner's motion to extend time for filing a response (Dkt. #12) to respondent's answer (Dkt. #10) concerning petitioner's petition for writ of federal *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 (Dkt. #5). After reviewing petitioner's motion and the remainder of the record, the Court hereby finds and orders as follows:

On August 12, 2009, the Court directed service of petitioner's petition, in which the parties further were informed therein that upon receipt of respondent's answer thereto, the Clerk would note the petition for consideration on the fourth Friday after the date of such receipt, and plaintiff's response to the answer would be due "not later than the Monday immediately preceding that Friday." (Dkt. #7). On September 24, 2009, respondent filed his answer to petitioner's petition. (Dkt. #10). Accordingly, the Clerk noted the petition for consideration on October 23, 2009. (Dkt. #11). As such, petitioner's response was due by no later than October 19, 2009.

ORDER
Page - 1

1      Petitioner's motion to extent time to file such a response, however, was not filed with the Court until October 28, 2009, or eight days after his response was due. (Dkt. #12). Petitioner fails to explain why he was unable to timely file his motion. In addition, it does not appear that petitioner served a copy of his motion on respondent. Accordingly, the motion is not properly before the Court. The request for an extension of time contained therein, furthermore, is without merit. Petitioner states he needs an extension of time due to a lack of prison library access. But he has not shown such access is necessary to be able to properly respond to respondent's answer. Nor has he provided at least a factual rebuttal to respondent's argument that he failed to exhaust his federal claims in state court, which would not require any particular citation to federal rules and procedures. Lastly, petitioner fails to state how much additional time would be required to allow him to file a response.

     For all of the above reasons, petitioner's motion to extend time for filing of a response (Dkt. #12) hereby is DENIED.

     The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

     DATED this 12th day of November, 2009.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge