UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VERNON L. HAFFNER,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

Case No. C09-5364 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING HABEAS PETITION AS UNEXHAUSTED

    The Magistrate Judge recommends that this Petition for writ of habeas corpus be denied as unexhausted. As detailed in the Report and Recommendation, none of the claims raised in the petition have been fairly and fully exhausted in the state courts and Petitioner has made no showing to excuse his procedural default.

    The Court, having reviewed the petition for *habeas corpus* [Dkt. #5], the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's federal *habeas corpus* petition [Dkt. #5] is **DISMISSED**; and

    (3)    The Clerk is directed to send copies of this Order to Petitioner and to United States Magistrate Judge Strombom.

DATED this 7th day of December, 2009.

                                     FRANKLIN D. BURGESS
                                     UNITED STATES DISTRICT JUDGE