# United States District Court

## WESTERN DISTRICT OF WASHINGTON

VERNON L. HAFFNER

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5364FDB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal *habeas corpus* petition [Dkt. #5] is **DISMISSED**.

___December 8, 2009___
Date

___BRUCE RIFKIN____
Clerk

___*s/CM Gonzalez*_____
Deputy Clerk